ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
MARK K. VINCENT, Assistant United States Attorney (#5357)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JACOB LAREN THOMPSON, Defendant. | Case No. 2:21-mj-00210 DBP **FELONY COMPLAINT** Count I: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition Chief Magistrate Judge Dustin B. Pead |

Before the Honorable Dustin B. Pead, United States Magistrate Court Judge for the District of Utah, appeared the undersigned, who on oath deposes and says:

### COUNT I

18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm and Ammunition)

On or about March 19, 2021, in the Central Division of the District of Utah,

JACOB LOREN THOMPSON,

the defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit: a 9mm Glock 19 handgun; a 7.5" barrel AR pistol, 11.5" barrel AR pistol; and a 16" AR-

1

15 pistol, and the firearms were in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(1).

## AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

1. Complainant, Tyler Davis, am a commissioned law enforcement officer for the United States Marshals Service, currently assigned to the United States Marshals Service Violent Fugitive Apprehension Strike Team Task Force (hereinafter referred to as VFAST). I have a total of over 10 years of experience as a law enforcement officer.

2. The statements in this affidavit do not contain all known information but rather only those facts believed to be necessary to establish probable cause for this Complaint. I am familiar with the facts and circumstances herein due to my review of official reports and records and conversations with other law enforcement officers, as more fully described below.

3. I make this affidavit in support of a criminal complaint concerning the following federal offenses: Felon in Possession of a Firearm and Ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

### FACTS OF THE CASE SUPPORTING PROBABLE CAUSE

4. On March 19, 2021, Kaysville Police officers were called on a domestic dispute on 03/17/21 (case #K21-01835). The suspect, Jacob Loren THOMPSON, was charged with assault, domestic violence in the presence of a child, and possession of a controlled substance. During the continued investigation into this incident by Kaysville Police Detectives and Victim Advocate, they found THOMPSON had been identifying

himself as a United States Marshal and past DEA agent. Contact was made with THOMPSON's girlfriend, Holly HESS, with whom he has been living with. HESS handed officers a US Marshal badge and a DEA special agent badge, both of which were attached to leather belt holders. Both badges appeared to be authentic until closer inspection such as missing badge numbers typically engraved on the backsides. HESS began stating, from the moment she met THOMPSON online, THOMPSON had told her he was a U.S. Marshal. THOMPSON told HESS he had been with the DEA for 15 years and recently switched to the U.S. Marshals service. HESS stated, on numerous occasions, THOMPSON walks through the common areas of the apartment complex with his U.S. Marshal's badge and body armor with additional U.S. Marshal insignia. HESS stated she has been present and witnessed THOMPSON identify himself as a U.S. Marshal to neighbors, apartment staff, and children in the area. During conversations with HESS, assisting officers found two external armor carriers in the kitchen area of HESS's apartment. One of the carriers did contain actual body armor. In addition, also in the kitchen area, were two functioning custom AR-15s without serial numbers and appear to be shorter barrel lengths than allowed by law. A custom-built handgun was also located without a serial number. Additional facsimile items such as silencers, flash-bangs, etc. were found. Officers requested of a copy of THOMPSON's criminal history. THOMPSON's history shows at least 4 felony convictions which prohibits his ability to possess firearms.

5. Glock handguns are not manufactured in the State of Utah. The AR-15 pieces are not manufactured in the State of Utah and per a statement from THOMPSON, he did

not buy them in the State of Utah. With respect to THOMPSON, he is a convicted felon and was a probation fugitive at the time this incident occurred. On October 19, 2010, THOMPSON was convicted of Theft and Larceny Felony 2nd District Court.

1. Based on the aforementioned facts, I believe there is probable cause to believe that JACOB LAREN THOMPSON committed the offenses of Title 18, United States Code, Section 922(g)(1), for Felon in Possession of a Firearm and Ammunition.

2. I swear the information contained in this affidavit is true and correct to the best of my knowledge, information, and belief.

DATED this 19th day of MARCH, 2021.

*Tyler Davis*
TYLER DAVIS, Affiant
Deputy U.S. Marshal

SUBSCRIBED and SWORN before me this  22nd  day of MARCH, 2021.

DUSTIN B. PEAD, Chief Magistrate Judge
United States District Court, District of Utah

APPROVED:

ANDREA T. MARTINEZ
Acting United States Attorney

**MARK VINCENT**
Digitally signed by MARK VINCENT
Date: 2021.03.19 22:28:47 -06'00'

MARK K. VINCENT
Assistant United States Attorney